Daniel A. LEVY v. UNITED STATES of America.

No. 6254.

Circuit Court of Appeals, Ninth Circuit.

Sept. 15, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to motion of appellee to docket and dismiss appeal for failure of appellant to file record and docket cause, ordered appeal dismissed; mandate forthwith.

Robert H. LUCAS, Commissioner of Internal Revenue, Petitioner, v. SCOTLAND NECK COTTON MILLS, Respondent.

No. 2976.

Circuit Court of Appeals, Fourth Circuit.

Jan. 29, 1930.

Andrew D. Sharpe, Sp. Asst. to Atty. Gen., for petitioner.

Mills Kitchin, of Washington, D. C., for respondent.

PER CURIAM.

Cause docketed and dismissed on motion of petitioner.

LUM LUNG SING v. WEEDIN, etc.

No. 6253.

Circuit Court of Appeals, Ninth Circuit.

Sept. 15, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to motion of appellee to docket and dismiss appeal for failure of appellant to file record and docket cause, ordered appeal dismissed; mandate forthwith.

Barry R. LUNDY, Appellee, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and United Gulf Steamship Company, Inc., Appellants.

No. 401.

Circuit Court of Appeals, Second Circuit.

June 30, 1930.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Frederick H. Cunningham, of New York City, of counsel), for appellants.

John Winans, of New York City, for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM.

Judgment (36 F.[2d] 254) reversed, and cause remanded, with instructions to dismiss the complaint on the authority of Johnson v. Emergency Fleet Corporation, 280 U. S. 320, 50 S. Ct. 118, 74 L. Ed. 451.

Worth McELVOGUE v. T. B. WHITE, Warden.

No. 350.

Circuit Court of Appeals, Tenth Circuit.

Sept. 8, 1930.

John Lewis, of Topeka, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed September 8, 1930, for lack of merit.